# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.                                        Case No. 6:22-mj-1656

**BRIAN PATRICK DURNING,**

    **Defendant.**
_____/

## MOTION FOR PRELIMINARY HEARING

Defendant Brian Patrick Durning, through counsel, moves pursuant to Fed. R. Crim. P. 5.1 for a preliminary hearing. In support, Mr. Durning states as follows:

    1.    Law enforcement arrested Mr. Durning on June 24, 2022. Doc. 2.

    2.    Mr. Durning was ordered release on conditions. Doc. 10.

    3.    Defense counsel did not request a preliminary hearing at the initial appearance.

    4.    Pursuant to Local Rule 3.01(g), undersigned counsel conferred with Assistant United States Emily Chang regarding her position on scheduling a preliminary hearing and she stated the following: "No objection in principle, but I would request that the Court set the hearing for

1

after July 6, so we have the opportunity to indict and conserve judicial resources."

WHEREFORE, Mr. Durning respectfully requests the Court to set a preliminary hearing under Fed. R. Crim. P. 5.1(a).

Respectfully Submitted,

A. FITZGERALD HALL, ESQ.
FEDERAL DEFENDER

*s/Karla M. Reyes*
Karla M. Reyes, Esq.
Assistant Federal Defender
Florida Bar No.0072652
201 S. Orange Avenue, Suite 300
Orlando, FL 32801
Telephone: 407-648-6338
Fax: 407-648-6095
E-Mail: karla_reyes@fd.org
Attorney for Mr. Durning

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that undersigned electronically filed the foregoing *Motion to Schedule Preliminary Hearing* with the Clerk of Court (CM/ECF) by using the CM/ECF system which will send a notice of electronic filing to Emily Chang, Assistant U.S. Attorney, this 1st day of July 2022.

*s/Karla M. Reyes*
Karla M. Reyes